IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION | No. MD-15-02641-PHX-DGC<br><br>**SECOND AMENDED MASTER SHORT FORM COMPLAINT FOR DAMAGES FOR INDIVIDUAL CLAIMS AND DEMAND FOR JURY TRIAL** |

Plaintiff(s) named below, for their Complaint against Defendants named below, incorporate the Master Complaint for Damages in MDL 2641 by reference (Doc.364). Plaintiff(s) further show the Court as follows:

1. Plaintiff/Deceased Party:

   Robert S. Taylor

2. Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:

   _____

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

   _____

4. Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of implant:

   Pennsylvania

5. Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of injury:

   Pennsylvania

6. Plaintiff's current state(s) [if more than one Plaintiff] of residence:

   Pennsylvania

7. District Court and Division in which venue would be proper absent direct filing:

   United States District Court - Western District of Pennsylvania (Pittsburgh) division

8. Defendants (check Defendants against whom Complaint is made):

   X   C.R. Bard Inc.

   X   Bard Peripheral Vascular, Inc.

9. Basis of Jurisdiction:

   X   Diversity of Citizenship

   ☐   Other: _____

   a. Other allegations of jurisdiction and venue not expressed in Master Complaint:

   _____

   _____

   _____

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim (Check applicable Inferior Vena Cava Filter(s)):

    ☐   Recovery® Vena Cava Filter

    X   G2® Vena Cava Filter

    ☐   G2® Express Vena Cava Filter

    ☐   G2® X Vena Cava Filter

    ☐   Eclipse® Vena Cava Filter

☐   Meridian® Vena Cava Filter

☐   Denali® Vena Cava Filter

☐   Other: _____

11.   Date of Implantation as to each product:

April 10, 2008 _____

12.   Counts in the Master Complaint brought by Plaintiff(s):

X   Count I:     Strict Products Liability – Manufacturing Defect

X   Count II:    Strict Products Liability – Information Defect (Failure to Warn)

X   Count III:   Strict Products Liability – Design Defect

X   Count IV:    Negligence - Design

X   Count V:     Negligence - Manufacture

☐   Count VI:    Negligence – Failure to Recall/Retrofit

X   Count VII:   Negligence – Failure to Warn

X   Count VIII:  Negligent Misrepresentation

X   Count IX:    Negligence *Per Se*

X   Count X:     Breach of Express Warranty

X   Count XI:    Breach of Implied Warranty

X   Count XII:   Fraudulent Misrepresentation

X   Count XIII:  Fraudulent Concealment

X   Count XIV:   Violations of Applicable _____ (insert state) Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices

-3-

☐    Count XV:   Loss of Consortium

☐    Count XVI:  Wrongful Death

☐    Count XVII: Survival

X    Punitive Damages

☐    Other(s): _____ (please state the facts supporting this Count in the space immediately below)

_____

_____

_____

_____.

_____

13.    Jury Trial demanded for all issues so triable?

X    Yes

☐    No

RESPECTFULLY SUBMITTED this 30th day of June, 2017.

**LAW OFFICES OF BEN C. MARTIN**


By: */s/ Ben C. Martin*
    Ben C. Martin
    3710 Rawlins Street, Suite 1230
    Dallas, Texas 75219
   214/761-6614 (Tel)
   214/744-7590 (Fax)
   *bmartin@bencmartin.com*


COUNSEL FOR PLAINTIFF

**CERTIFICATE OF SERVICE**

    I hereby certify that on this 30th day of June, 2017, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.


        */s/ Ben C. Martin*
        Ben C. Martin