# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROBERT S. TAYLOR,<br><br>    *Plaintiff,*<br><br>v.<br><br>C. R. BARD INC., and BARD PERIPHERAL VASCULAR, INC.,<br><br>    *Defendants*. | Case No. 2:19-CV-01172-MJH |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned Parties, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that the above-captioned case be dismissed *with prejudice* against all Defendants, with each party to bear its own costs.

Dated: December 14, 2023.

*/s/ Ben C. Martin*
Ben. C. Martin (PA ID 320123)
BEN MARTIN LAW GROUP
3141 Hood Street, Suite 600
Dallas, TX 75219
Tel:  (214) 761-6614
Fax: (214) 744-7590
bmartin@bencmartin.com
eservice@bencmartin.com

**Counsel for Plaintiff**

*/s/ Matthew E. Brown*
Matthew E. Brown, (PA ID 93541)
NELSON MULLINS RILEY & SCARBOROUGH LLP
One Financial Center, 35th Floor
Boston, MA  02111
Tel:  (617) 217-4700
Fax: (617) 573-4710
matt.brown@nelsonmullins.com

***Counsel for Defendants, C. R. Bard, Inc. and Bard Peripheral Vascular, Inc.***

2

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 14, 2023, I caused the foregoing document to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the CM/ECF participants registered to receive such service.

*/s/ Ben C. Martin*
Ben C. Martin
