IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROBERT S. TAYLOR,<br><br>    *Plaintiff,*<br><br>v.<br><br>C. R. BARD INC., and BARD PERIPHERAL VASCULAR, INC.,<br><br>    *Defendants.* | )<br>)<br>)<br>)  Case No. 2:19-CV-01172-MJH<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned Parties, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that the above-captioned case be dismissed *with prejudice* against all Defendants, with each party to bear its own costs.

Dated: December 14, 2023.

| | |
|---|---|
| */s/ Ben C. Martin*<br>Ben. C. Martin (PA ID 320123)<br>BEN MARTIN LAW GROUP<br>3141 Hood Street, Suite 600<br>Dallas, TX 75219<br>Tel:  (214) 761-6614<br>Fax: (214) 744-7590<br>bmartin@bencmartin.com<br>eservice@bencmartin.com<br><br>**Counsel for Plaintiff** | */s/ Matthew E. Brown*<br>Matthew E. Brown, (PA ID 93541)<br>NELSON MULLINS RILEY & SCARBOROUGH LLP<br>One Financial Center, 35th Floor<br>Boston, MA  02111<br>Tel:  (617) 217-4700<br>Fax: (617) 573-4710<br>matt.brown@nelsonmullins.com<br><br>***Counsel for Defendants, C. R. Bard, Inc. and Bard Peripheral Vascular, Inc.*** |

It is so ordered this 15th Day of December  2023.

_____
Marilyn J. Horan
United States District Judge